**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6392**

———————————

PATRICK EDWIN RUDD,

Petitioner - Appellant,

versus

M. BORAM; W. HOUK; J. ROBINSON; LSCI-BUTNER;
BUREAU OF PRISONS,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-673-5-FO)

———————————

Submitted:  June 15, 2000            Decided:  June 22, 2000

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Patrick Edwin Rudd, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick Edwin Rudd appeals the district court's orders dismissing his complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rudd v. Boram, No. CA-99-673-5-FO (E.D.N.C. Feb. 1 & Mar. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

/

2